# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| V. | * CASE NO.: 14-00124-CG |
| EDWIN LAVON TURNER | * |
| Defendant. | * |

## DEFENDANT'S MOTION TO CONTINUE

Comes now the Defendant, by and through counsel, and respectfully requests this Honorable Court continue the trial of this matter, and as grounds therefore counsel would show as follows:

1. This matter is set for trial during the September 2014 term of Court and this is the first trial setting.

2. The parties have been working diligently in an effort which may result in the resolution of this case and need additional time for that purpose.

3. Counsel for the Government has no objection to this request.

Respectfully submitted,

/s/ Arthur T. Powell, III
ARTHUR T. POWELL, III,(POWEA5539)
ATTORNEY FOR DEFENDANT
P.O. BOX 40456
MOBILE, ALABAMA  36640-0456
(251) 433-8310

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of August 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and thereby served a copy of the foregoing on Sean Costello Esq., Assistant United States Attorney via CM/ECF and U.S. Probation.

/s/ Arthur T. Powell, III
Arthur T. Powell, III