IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. No. 14-00124-CG |
| | ) | |
| EDWIN LAVON TURNER | ) | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and hereby moves pursuant to Rule 48(a) that the indictment in the above-captioned case be dismissed against defendant Edwin Lavon Turner. In light of pending state charges related to the same facts and circumstances underlying the above-captioned case, and following additional investigation by the United States, it appears that it is in the interests of justice to defer prosecution in favor of state charges.

Wherefore, premises considered, the United States respectfully moves that the Court dismiss the indictment in case 12-00124-CG against defendant Edwin Lavon Turner.

Respectfully Submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: /s/ Sean P. Costello
Sean P. Costello
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5277

1

# CERTIFICATE OF SERVICE

  I hereby certify that on September 25, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for defendant.

              /s/ Sean P. Costello
              Sean P. Costello
              Assistant United States Attorney