# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 14-00124-CG |
| ) | |
| EDWIN LAVON TURNER, aka Dee ) | |
| Turner, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on the United States' Motion to Dismiss Indictment (Doc. 18).

Upon due consideration and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the motion is hereby **GRANTED**; therefore, the Indictment filed on May 29, 2014 against Edwin Lavon Turner is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 25th day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE